Case 2:24-cv-00029-KS-MTP   Document 1   Filed 02/29/24   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
Feb 29 2024
ARTHUR JOHNSTON, CLERK

Date: 2-19-24

Civil No.: 2:24-cv-29-KS-MTP

A Letter to inform of my change in suit.

I Sam Scott am writting to the district courts of Hattiesburg M.S. to inform this information to be changed in my suit I was wrongfully informed and I want to fix it. In my medical suit I do not want to suite forrest county's medical it's not theire responbility to make sure transportation of Hattiesburg police department come's and gets me it's y i missed my doctor's appointment and it y ive been in a bind so yes I would like to persue Hattiesburg police department of transportation for monetary compensation I seek 20,000. and A or release so my broken hand can be properly and medically attended to and the fact I am ~~~~~ in a lott of pain.

Sincerely Submitted

Sam M. Scott